

1
2
3
4
5
6
7

FILED

DEC - 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | Case No. 07MJ2756 |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION ON |
| | ) | DEFENDANT'S WAIVER OF BAIL |
| OLIVER STRATTON FARNSWORTH, | ) | PENDING TRIAL |
| Defendant. | ) | |

        In accordance with the Bail Reform Act of 1984, Title 18, United States Code, Section 3142(f), a detention hearing was scheduled and held on December 3, 2007, to determine whether defendant OLIVER STRATTON FARNSWORTH ("Defendant") should be held in custody pending trial and, if convicted, sentencing in the above-captioned matter. Assistant U.S. Attorney Charlotte E. Kaiser appeared on behalf of the United States and Robert E. Schroth, Sr., Esq. appeared on behalf of Defendant.

        At the hearing on December 3, 2007, Defendant knowingly and voluntarily waived his right, on the record through counsel, to the setting of bail and a detention hearing. Based on the waiver, the Court orders that Defendant be detained pending trial, and, if convicted, sentencing in these matters, without prejudice or waiver of the right of Defendant to apply for bail and conditions

1 | of release at a later date, and without prejudice or waiver of the right of the United States to seek

2 | detention in the event of an application by Defendant for such relief.

3 | **O R D E R**

4 | IT IS HEREBY ORDERED that Defendant be detained pending trial, and if convicted,

5 | sentencing in these matters.

6 | IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney

7 | General or his designated representative for confinement in a corrections facility separate, to the

8 | extent practicable, from persons awaiting or serving sentence or being held in custody pending

9 | appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

10 | While in custody, upon order of a court of the United States or upon the request of an

11 | attorney for the United States, the person in charge of the correctional facility shall deliver

12 | Defendant to the United States Marshal for the purpose of an appearance in connection with a court

13 | proceeding or any other appearance stipulated to by defense and government counsel.

14 | This order is made without prejudice to modification by this Court and without prejudice

15 | to Defendant's exercise of his right to bail and a detention hearing at a future date.

16 | IT IS SO ORDERED.

17 | DATED: December 3, 2007.

18 |

19 | THE HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge
United States District Court for the

20 | Southern District of California

21 | Prepared by:

22 | KAREN P. HEWITT
United States Attorney

23 |

24 | /s/ Charlotte E. Kaiser
CHARLOTTE E. KAISER

25 | Assistant U.S. Attorney

26 |

27 |

28 |

07MJ2756